JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIHAGI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE LLC,<br>dba MR. COOPER, *et al.*,<br>　　　　　　Defendants. | Case No. 2:22-cv-01577-SSS-ASx<br><br>**FINAL JUDGMENT ORDER GRANTING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT [DKT. 50]** |

# JUDGMENT

Pursuant to the Order Granting Defendants' Motion for Summary Judgment [Dkt. 50] and after considering the papers filed in support of Defendants' Motion[1], **IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's complaint and action are **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: August 4, 2023

SUNSHINE S. SYKES
United States District Judge

---

[1] Plaintiff Anne Kihagi failed to timely oppose Defendants' Motion.